**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ  07070
(201) 507-6300
*Attorney for Plaintiff, and all others similarly situated*

# ORDER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

————————————————X
:
ANDY PRASHAD, on behalf of himself and all   :
others similarly situated,   :
:
:
Plaintiff,   :   Civil Action No. 1:22-cv-00535-NLH-
:   MJS
vs.   :
:
ROBERT L SALDUTTI, LLC dba SALDUTTI   :   **STIPULATION OF DISMISSAL**
LAW GROUP and ROBERT L. SALDUTTI,   :   **PURSUANT TO F.R.C.P.**
:   **41(a)(1)(A)(ii)**
Defendants.   :
:
————————————————X

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff hereby gives notice that the above-captioned action is voluntarily dismissed by Plaintiff against all defendants with prejudice and without costs or attorneys' fees , and that the claims on behalf of the putative class are dismissed without prejudice.

Dated:  August 1, 2024                By: s/ Lawrence C. Hersh
                                                           Lawrence C. Hersh, Esq.
                                                           *Attorney for Plaintiff*

Dated:  August 1, 2024                By:  s/Shannon P. Miller
                                                            Shannon P. Miller, Esq.
                                                            Maurice Wutscher, LLP
                                                            *Attorneys for Defendants*

So ordered.

  */s/ Edward S. Kiel*
**Edward S. Kiel, U.S.D.J.**
**Date: August 2, 2024**